## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PRP TRADING CORP.   )
Puerto Rico,     )
         )
    **Plaintiff,**  )
         )
v.         )  **Civil Action No.  14-cv-629**
         )
U. S. IMMIGRATION AND  )
CUSTOMS ENFORCEMENT, )
Washington, DC 20536,   )
         )
    **Defendant.**  )
_____/

## COMPLAINT FOR INJUNCTIVE RELIEF

  1. This is an action brought by the plaintiff, PRP Trading Corp., ["PRP"], under the Freedom of Information Act ["FOIA"], 5 U. S. C. §§552, *et. seq.*, to enjoin defendant, U. S. Immigration and Customs Enforcement ["ICE"] from withholding from public disclosure certain records about PRP within the possession and control of ICE.

  2. This Court has jurisdiction over this action pursuant to 5 U.S.C. §552(a)(4)(B).

  3. PRP is a corporation located in Puerto Rico.

  4. ICE is an agency within U. S. Department of Homeland Security which is a department of the United States of America.

  5. In a letter of September 7, 2012, copy attached as Exhibit A, ICE acknowledged receipt of PRP's FOIA request for records pertaining to case number 2012-4909-000339-01 dated July 30, 2011.

1

6.    Eventually PRP expanded its FOIA request for records to include the following cases:  Customs Case Nos. 2012-4909-000223-01;  000227-01;  000228-01;  000229-01; 000147-01; 000148-01; 000149-01; 000150-01; 000152-01; 000222-01; 000060-01; 000339-01; 000228-01;  000151-01;  000206-01;  000222-01;  and 000371-01.

7.    In a letter of September 27, 2013, copy attached as Exhibit B, ICE denied PRP's request for records.

8.    In a letter of October 31, 2013, copy attached as Exhibit C,  PRP filed a FOIA appeal of the denial.

9.    In a letter of November 25, 2013, copy attached as Exhibit D, and received in undersigned counsel's office on April 2, 2014, ICE denied PRP's FOIA appeal with advice to file for judicial review of this denial.

WHEREFORE, plaintiff respectfully requests the Court:

1.    To take jurisdiction of this cause of action;

2.    To order ICE to immediately release the requested records to the plaintiff; and,

3.     To grant such other and further relief as the Court may deem proper and just including attorney fees and costs.

Respectfully submitted,

PETER S. HERRICK, D.C. Bar #137935
Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, Florida 33133

Tel. 305-858-2332
Fax. 305-858-6347
Email: pherrick1@comcast.net
Attorney for Plaintiffs

# **<u>EXHIBIT A</u>**

U.S. Department of Homeland Security
Washington, DC 20536-5009

 **U.S. Immigration
and Customs
Enforcement**

September 7, 2012

PETER HERRICK
3520 CRYSTAL VIEW COURT
MIAMI, FL  33133

**Re: 2012FOIA23505**

Dear Mr. Herrick:

This acknowledges receipt of your July 30, 2011, Freedom of Information Act (FOIA)
request to the Immigration and Customs Enforcement (ICE), for records regarding your client, PRP Trading
Corporation, pertaining to case #2012-4909000339-01, entry #D05-0125725-3. Your request was received in
this office on September 7, 2012.

Due to the increasing number of FOIA requests received by this office, we may encounter some
delay in processing your request.  Per Section 5.5(a) of the DHS FOIA regulations, 6 C.F.R. Part
5, the Department processes FOIA requests according to their order of receipt. Although DHS'
goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10-
day extension of this time period. As your request seeks numerous documents that will
necessitate a thorough and wide-ranging search, DHS will invoke a 10-day extension for your
request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you care to narrow the scope of your
request, please contact our office.  We will make every effort to comply with your request in a
timely manner; however, there are currently 6070 open requests ahead of yours.

Provisions of the Act allow us to recover part of the cost of complying with your request. We shall charge you for
records in accordance with the DHS Interim FOIA regulations as they apply to non-commercial requesters. As a
non-commercial requester you will be charged 10-cents a page for duplication, although the first 100 pages are
free, as are the first two hours of search time, after which you will pay the quarter-hour rate ($4.00, $7.00, $10.25)
of the searcher. We will construe the submission of your request as an agreement to pay up to $25.00.  You will
be contacted before any further fees are accrued.

We have queried the appropriate program offices within ICE for responsive records.  If any responsive records are
located, they will be reviewed for determination of releasability.  Please be assured that one of the processors in
our office will respond to your request as expeditiously as possible.  We appreciate your patience as we proceed
with your request.

09/13/12

Your request has been assigned reference number **2012FOIA23505**. Please refer to this
identifier in any future correspondence.  You may contact this office at (866) 633-1182.
Our mailing address is 500 12th Street, S.W., Stop 5009, Washington, D.C. 20536-5009.

Sincerely,

Catrina M. Pavlik-Keenan
FOIA Officer

**EXHIBIT B**



U.S. Department of Homeland Security
500 12th Street, S.W., STOP 5009
Washington, DC  20536-5009

**U.S. Immigration
and Customs
Enforcement**

September 27, 2013

PETER HERRICK
ATTORNEY AT LAW
3250 CRYSTAL VIEW COURT
MIAMI, FL 33133

RE:  ICE **FOIA Case Number 2013FOIA31906**

Dear Mr. Peter Herrick:

This is the final response to your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated August 6, 2013.  You have requested for records, including electronic records such as e-mails, filed and all records relied upon by John Connors to deny PRP Trading Corp's petitions in the referenced cased in his letter to your office dated July 18, 2013.

PRP Trading Copr, Customs Case Nos.

2012-4909-000223; 000227-01; 000228-01 000229-01; 000147-01; 000148-01; 000149-01000150-01; 000152-01; 000222-01; 000060-01; 000339-01; 000228-01; 000151-01; 000206-01; 000222-01; and 000371-01.

Your request has been processed under the FOIA, 5 U.S.C. § 552.  A search of the Office of Homeland Security Investigations (HSI) for documents responsive to your request was conducted. After review of those approximately seventeen (17) case numbers, as listed in your letter, I have determined that they will be withheld in their entirety pursuant to Exemption 7(A) of the FOIA as described below.

**FOIA Exemption 7(A)** protects from disclosure records or information compiled for law enforcement purposes, the release of which could reasonably be expected to interfere with enforcement proceedings.  I have determined that the information you are seeking relates to an ongoing law enforcement investigation.  Therefore, I am withholding all records, documents, and/or other material, which if disclosed prior to completion, could reasonably be expected to interfere with law enforcement proceedings and final agency actions related to those proceedings.  Please be advised that once all pending matters are resolved and FOIA Exemption 7(A) is no longer applicable, there may be other exemptions which could protect certain information from disclosure, such as FOIA Exemptions 2, 7(C), 7(D), and 7(E).

11/21/13

You have the right to appeal our withholding determination. Should you wish to do so, you must send your appeal and a copy of this letter, within 60 days of the date of this letter to: U.S. Immigration Customs Enforcement, Office of Principal Legal Advisor, U.S. Department of Homeland Security, Freedom of Information Office, 500 12th Street, S.W., Stop 5009 Washington, D.C. 20536-5009, following the procedures outlined in the DHS regulations at 6 C.F.R. § 5.9. Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

The Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. If you wish to contact OGIS, you may email them at ogis@nara.gov or call 1-877-684-6448.

Provisions of the FOIA and Privacy Act allow us to recover part of the cost of complying with your request. In this instance, because the cost is below the $14 minimum, there is no charge.[1]

If you need to contact our office about this matter, please refer to FOIA case number **2013FOIA31906**. This office can be reached at (202) 732-5600 or (866) 633-1182.

Sincerely,

R. Mauri

Catrina M. Pavlik-Keenan
FOIA Officer

Enclosures: None.

---

[1] 6 CFR § 5.11(d)(4).

## <u>EXHIBIT C</u>

# PETER S. HERRICK, P.A.
## ATTORNEYS AT LAW

**MAIL TO:**
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347

301 East Ocean Blvd.
Suite 530
Long Beach, CA 90802
Toll Free: 866-543-8691
Email: pherrick1@comcast.net
Web: CustomsLawyer.Net

October 31, 2013

FREEDOM OF INFORMATION ACT APPEAL

U. S. Immigration Customs Enforcement
Office of Principal Legal Advisor
U S Department of Homeland Security
Freedom of Information Office
500 12th Street, SW, Stop 5009
Washington, DC 20536

Re:    Requester:  PRP Trading Corp.
       Customs Case Nos. 2012-4909-000223-01;  000227-01;  000228-01;  000229-01;
       000147-01; 000148-01; 000149-01; 000150-01; 000152-01; 000222-01; 000060-01;
       000339-01; 000228-01; 000151-01; 000206-01; 000222-01; and 000371-01
       Your Reference No. 2013FOIA31906

Dear Sir/Madam:

        The requester is appealing the denial of its request for records in the referenced cases
under the Freedom of Information Act, copy enclosed. FOIA Exemption 7(A) is inapplicable
as the records are already a matter of public disclosure. The requested records were included
the discovery provided by the Government in U.S. v. Samuel Garci-Adarme, et al., Crim. No.
13-353 (FAB) U. S. District Court for the District of Puerto Rico, see enclosure.

        Please make the requested records available within the time prescribed by law.

                                            Sincerely,

                                            Peter S. Herrick

# <u>EXHIBIT D</u>

.



U.S. Department of Homeland Security
800 North Capitol Street, NW #585
Washington, DC 20536-5009

**U.S. Immigration
and Customs
Enforcement**

November 25, 2013

Peter S. Herrick, P.A.
Attorneys at Law
301 East Ocean Boulevard, Suite 530
Long Beach, CA 90802

RE: **OPLA14-1007, 2013FOIA31906**

Dear Mr. Herrick:

This is in response to your letter dated October 31, 2013, appealing the adverse
determination concerning your Freedom of Information Act/Privacy Act (FOIA/PA) request
dated July 18, 2013. Your request sought a copy of the records pertaining to the CBP case
against your client for evading payment of antidumping and countervailing duty orders by
smuggling aluminum extrusions from China into the United States.

ICE has reviewed your appeal letter to the ICE FOIA Office's September 27, 2013
determination letter and the administrative file. The ICE FOIA Office denied your request in
its entirety by withholding records pursuant to the FOIA/PA exemption (b)(7)(A) and
reserved the right to assert FOIA Exemptions (b)(2), (b)(7)(C), (b)(7)(D), and (b)(7)(E)
when FOIA Exemption (b)(7)(A) were to no longer apply. No portion of the documents was
determined to be releasable under the provisions of FOIA exemption (b)(7)(A). The
justification used for the withholding was provided to you in the ICE FOIA Office's
September 27, 2013 determination letter. You have appealed the FOIA Exemption (b)(7)(A)
withholding.

ICE has confirmed that the investigation as of November 25, 2013 is still ongoing. As such
the original application of FOIA Exemption (b)(7)(A) to withhold the records from
disclosure was proper in all respects. As the investigation is still ongoing, the information
continues to be exempt from disclosure under the applicable provisions of 5 U.S.C. § 552
cited above.

This decision is the final action of the Department of Homeland Security concerning your
FOIA/PA request. Inasmuch as you consider this to be a denial of your appeal, you may
obtain judicial review of this decision pursuant to the provisions of 5 U.S.C. § 552(a)(4)(B)
in the United States District Court in the district in which you reside, or in which the agency
records are situated, or in the District of Columbia.

04/02/14

Should you have any questions regarding this appeal closure, please contact ICE at ice-foia@dhs.gov.  In the subject line of the email please include the word "appeal", your appeal number, which is **OPLA14-1007** and the FOIA case number, which is **2013FOIA31906**.

Sincerely,

*Catherine Gonzales Gallego for*

Abby L. Meltzer
Acting Chief
Commercial and Administrative Law Division
ICE Office of the Principal Legal Advisor
Department of Homeland Security